UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DVONTAE LARONE PINK,<br><br>  Petitioner,<br><br>  v.<br><br>CHARLES SCHUYLER, Acting Warden,<br><br>  Respondent. | No. 1:24-cv-00449-SKO (HC)<br><br>**ORDER REQUIRING PETITITONER TO SUBMIT SIGNED DECLARATION**<br><br>**[TWENTY-ONE DAY DEADLINE]** |

On April 15, 2024, Petitioner filed a petition for writ of habeas corpus. Upon a close examination of the petition submitted to the Court, the Court has discovered that the petition does not contain an original signature. Petitioner will be granted an opportunity to cure this deficiency.

## DISCUSSION

**I.     Preliminary Review of Petition**

Rule 4 of the Rules Governing § 2254 Cases requires the Court to make a preliminary review of each petition for writ of habeas corpus. The Court must dismiss a petition "[i]f it plainly appears from the petition . . . that the petitioner is not entitled to relief." Rule 4 of the Rules Governing § 2254 Cases; see also Hendricks v. Vasquez, 908 F.2d 490, 491 (9th Cir. 1990). A petition for habeas corpus should not be dismissed without leave to amend unless it appears that no tenable claim for relief can be pleaded were such leave granted. Jarvis v. Nelson, 440 F.2d 13, 14 (9th Cir. 1971).

**II.     Signature**

Local Rule 131 requires a document submitted to the Court for filing to include an original signature. In addition, Rule 2 of the Rules Governing Section 2254 Cases requires a petition for writ of habeas corpus to "be signed under penalty of perjury by the petitioner."

In light of the difficulty in having Petitioner submit a new habeas corpus petition, Petitioner is ORDERED to submit a document stating that he submitted the instant petition to the Court and sign it under penalty of perjury. The document should contain an original signature. Petitioner is GRANTED twenty-one (21) days from the date of service of this order to comply with the Court's directive.

Petitioner is forewarned that failure to comply with a Court order will result in dismissal of the petition pursuant to Local Rule 110.

**ORDER**

Accordingly, Petitioner is GRANTED twenty-one (21) days from the date of service of this order in which to FILE a document stating that he submitted the instant petition to the Court and sign it under penalty of perjury.

Failure to comply with this Order will result in a recommendation that the petition be dismissed.

IT IS SO ORDERED.

Dated:  **April 17, 2024**                     /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE