UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DVONTAE LARONE PINK,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CHARLES SCHUYLER, Acting Warden,<br><br>　　　　　Respondent. | Case No.: 1:24-cv-00449-KES-SKO (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST REQUEST FOR EXTENSION OF TIME<br><br>[Doc. 12]<br><br>[DEADLINE: OCTOBER 20, 2024] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 21, 2024, the Court issued an order dismissing the first amended petition with leave to file a second amended petition. (Doc. 10.) On September 19, 2024, Petitioner filed a motion for extension of time. (Doc. 11.)

　　　　Good cause having been presented and good cause appearing therefor, Petitioner is GRANTED thirty (30) days to and including October 20, 2024, to file a second amended petition.

IT IS SO ORDERED.

Dated:　**September 20, 2024**　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1